UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JAN 24 2020

THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

DEREK S. HAMMER

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

BEN AFFRUNTI

Case
(To

20 cv 50037
Judge Philip G. Reinhard
Magistrate Judge Lisa A. Jensen

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

__X__ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

    A.  Name: DEREK S. HAMMER

    B.  List all aliases: NONE

    C.  Prisoner identification number: 1900719

    D.  Place of present confinement: STEPHENSON COUNTY JAIL

    E.  Address: 1680 E. SINGER DR. FREEPORT, IL 61032

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.  Defendant: BEN AFFRUNTI

        Title: UNKNOWN

        Place of Employment: UNKNOWN - HOME ADDRESS: N5584 STATE RD 69 MONTICELLO, WI 53570

    B.  Defendant: _____

        Title: _____

        Place of Employment: _____

    C.  Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: *NA*

    B. Approximate date of filing lawsuit: *NA*

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: *NA*

    D. List all defendants: *NA*

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): *NA*

    F. Name of judge to whom case was assigned: *NA*

    G. Basic claim made: *NA*

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *NA*

    I. Approximate date of disposition: *NA*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

<u>ACTUAL</u>

BEN AFFRUNTI CRIMINALLY DAMAGED, OR ACCIDENTALLY RAN INTO MY (DEREK S. HAMMER) 2011 BUICK SEDAN BEIGE IN COLOR, AND VIN# 1G4GC5ED0BF321434 ON OR APPROXIMATELY 9/30/19. I WAS NOT PRESENT WHEN THE COLLISION HAPPENED. HOWEVER, ACCORDING TO POLICE REPORTS FROM CASE #2019CF 279 - MR. AFFRUNTI ADMITTED TO THE COLLISION BETWEEN HIMSELF AND MY 2011 BUICK. THE COLLISION ALLEGEDLY HAPPENED AT 13298 N. DAVIS RD. DAVIS, IL 61019, ACCORDING TO REPORTS; BUT THAT ADDRESS MAYBE 13201 N. DAVIS RD. DAVIS, IL 61019, AS MY INVESTIGATER POINTED OUT, VIA GOOGLE IMAGES.

AFTER MR. AFFRUNTI <u>PUNATIVE</u> SMASHED MY 2011 BUICK SEDAN BEIGE IN COLOR, HE SENT NUMEROUS TEXTS; STATING IN THOSE TEXT MESSAGES "THREATS" AND OTHER ENGAGING BEHAVIOR. I, DEREK S. HAMMER WAS IN FEAR FOR MY LIFE, AND I DID NOT KNOW WHAT MR. AFFRUNTI WAS CAPABLE OF, AS HE ALREADY DAMAGED/TOTALED MY VEHICLE.

THANKS FOR YOUR TIME, AND GOD BLESS!!!

OMITTED PAGE 5: NOT NEEDED

4　　Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

ACTUAL DAMAGES: $10,000.00  CAR, RIMS, STEREO SYSTEM

PUNATIVE DAMAGES: $90,000.00  EMOTIONAL DISTRESS

TOTAL DAMAGES: $100,000.00
ALSO PLEASE ISSUE A "LIFE LONG" ORDER OF PROTECTION/NO CONTACT ON BEN AFFRUNTI TO DEREK HAMMER

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 14TH day of JANUARY, 20 20

_____
(Signature of plaintiff or plaintiffs)

DEREK S. HAMMER
(Print name)

#1900719
(I.D. Number)

STEPHENSON COUNTY JAIL
1680 E. SINGER DR.
FREEPORT, IL 61032
(Address)